UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**COURTNEY A. CHISHOLM,**          **CASE NO. 6:12-bk-10670-ABB**
                                   **CHAPTER 13**
              **Debtor.**/

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

This case came on for consideration upon Debtors' Motion to Accept the Proposed Mortgage Modification as the parties agreed upon (Document No: 37). The Creditor, Bank of America (the "Creditor") has not filed a response and more than 21 days have expired since the service of the motion. Accordingly, it is

ORDERED:

1. The Motion to Approve Loan Modification is GRANTED.

2. The loan modification outlined in the Motion to Accept Proposed Mortgage Modification is approved.

DONE and ORDERED in Orlando, Florida, this 26th day of July, 2013

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Attorney Brian Michael Mark is directed to serve a copy of this order on all interested parties and file a proof of service within 3 days of entry of the order.